FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRYAN CALDWELL, and SEPTEMBER CALDWELL, individually, and as a married couple,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:22-CV-00153-SAB<br><br>**ORDER DISMISSING ACTION** |

Before the Court is the parties' Stipulated Motion to Dismiss Without Prejudice, ECF No. 30. The parties stipulate and agree that this case be dismissed without prejudice, with the parties to bear their own attorneys' fees and costs. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds good cause to accept the stipulation of dismissal and close the case.

//
//
//
//
//
//
//
//

**ORDER DISMISSING ACTION** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss Without Prejudice, ECF No. 30, is **GRANTED**.

2. This case is **DISMISSED without prejudice**, with each party to bear its own attorneys' fees and costs.

3. The Clerk of Court is directed to **CLOSE** the file.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 9th day of December 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION *2**